```
                FILED
      CLERK, U.S. DISTRICT COURT

           JUL 21 2025

   CENTRAL DISTRICT OF CALIFORNIA
   BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR-23-00334-WLH |
| v. | ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |
| JOSE LUIS DE LA TORRE JR., | |
| Defendant. | |

On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. ( ) the appearance of defendant as required; and/or

    B. ( ) the safety of any person or the community.

2. The Court concludes:

    A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                                   Page 1 of 2

1  other persons or the community. Defendant poses a risk to the
2  safety of other persons or the community based on:

3
4
5
6
7

8   B. (✓) Defendant has failed to demonstrate by clear and convincing
9   evidence that he is not likely to flee if released. Defendant poses
10  a flight risk based on: absconded from
11  supervision; new arrest during supervision;
12  noncompliance; failure to show up
13  for drug treatment
14
15

16  IT IS ORDERED that defendant be detained.

17
18
19
20  DATED: July 21, 2025                    *Alicia G. Rosenberg*
21                                          HONORABLE ALICIA G. ROSENBERG
                                            UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                    Page 2 of 2